JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE ANN FURGINSON,** ) | NO. CV 18-5180-KS |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| ) | |
| **ANDREW M. SAUL, Commissioner** ) | |
| **of Social Security,** ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: November 26, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE