# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE ANN FURGINSON,** | ) NO. CV 18-5180-KS |
| Plaintiff, | ) |
| v. | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |
| **ANDREW M. SAUL, Commissioner of Social Security** | ) |
| Defendant. | ) |

Based upon the Stipulation for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on January 6, 2020, IT IS ORDERED that fees in the amount of $6,200.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: January 7, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1